**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
_____ **DIVISION**

RECEIVED

2024 JUL 24 · A 9: 34

TR~~~~ ~~ CLK
U.S ~~~~~ ~~ OURT
MIDD~~~~~ ~~~T ALA~~

Cynthia Posey
_____

**PLAINTIFF**

v.

Advance Auto
Parts Alma Vas-
quez Jenna Edwards
_____
**DEFENDANT**

CASE ACTION NO.: 2:24- CV- 00436-MHT-CWB

JURY DEMAND (MARK ONE)

☐ YES        ☐ NO

## EEOC  COMPLAINT

1.  Plaintiff resides at 418 N Florida st Montgomery Al. 36107

2.  Defendant(s)' name(s) Alma Vasquez and Jennifer Edwards

    Location of principal office(s) of the named defendant(s) 3036 Atlanta Hwy Montgomery Al. 36107

    Nature of defendant(s)' business Advance Auto Parts

    Approximate number of individuals employed by defendant(s) 13

3.  This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employement discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 §2000e-5(g).

4.  The acts complained of in this suit concern:

    1.  ☐ Failure to employ me.
    2.  ☐ Termination of my employment.
    3.  ☐ Failure to promote me.
    4.  ☒ Other acts as specified below: Wrongful termination

SCANNED

5.  Plaintiff is:
    A.  ____ Presently employed by the defendant.
        _X_ Not presently employed by the defendant.  The dates of employement were
        _MArch 24 - May 24_____ Employment was terminated because:

        (1)  _X_ Plaintiff was discharged.
        (2)  ____ Plaintiff was laid off.
        (3)  ____ Plaintiff left job voluntarily.

6.  Defendant(s)' conduct is discriminatory with respect to the following:

    A.  _X_ My race.
    B.  ____ My religion.
    C.  _X_ My sex.
    D.  _X_ My national origin.
    E.  _X_ Other, as specified below: _Jennifer help in her
    Seing me in a different way both
    Incidents,_

7.  The name(s), race, sex, and the position  or title of the individual(s) who allegedly
    discriminated against me during the period of my employment with the defendant company
    is (are) _Alma Vasquez - female mexican
    manage,_

8.  The alleged discrimination occurred on or about _May 25, 2024_.

9.  The nature of my complaint, i.e., the manner in which the individual(s) named above
    discriminated against me in terms of the conditions of my employment, is as follows:
    _I was discriminated against by Alma because
    Jennifer used her position to sabotage my
    job. Alma never saw me as quiet or comfort-
    able at work. She didnt give me the chance
    to tell my side to the story. But she
    listened to Jennifer who is older and dark
    skinned. I feel may be a little bit scared
    because the both saw me at work, Alma
    is violent and hostile and will influence you
    to steal from work. She did custom woden
    curse and tell them get out curse word store,
    She endanger me may 29 2024 outside a
    custom Pretty face he te Bama law I almost get
    Ran over by her.,_

10. The alleged illegal activity took place at _3036 Atlente Hwy
    Montogmery, Al. 36107._

11.   I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about _Being fired by text message_ I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. The letter was received by me on _6/04/24_.

12.   I seek the following relief:

A.   ✓ Recovery of back pay.
B.   ✓ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorneys fees.

Date: _July 23, 2024_

_Cynthia Pea_
Signature of Plaintiff

_418 N Florida St_
_Montgomery AL 36107_
_(334) 220-8171_
Address & Telephone Number of Plaintiff