IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CYNTHIA POSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:24cv436-MHT |
| | ) | (WO) |
| ADVANCE AUTO PARTS, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

Plaintiff filed this lawsuit complaining that she was sabotaged at work. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 9th day of October, 2024.

                                       /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**